BENJAMIN I. TEDESCO *v.* CITY OF STAMFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 24 Conn. App. 377, is granted, limited to the following issues:

"Did the Appellate Court properly determine that the union grievance process and decision of the board of mediation and arbitration was 'constitutionally deficient' and direct that the plaintiff be awarded nominal damages?"

*James V. Minor,* assistant corporation counsel, in support of the petition.

*Thomas M. Cassone,* in opposition.

Decided June 12, 1991

STATE OF CONNECTICUT *v.* JENNIFER CLARKE

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 541, is denied.

*William F. Gallagher,* in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided June 12, 1991

STATE OF CONNECTICUT *v.* RENWRICK MIEREZ

The state of Connecticut's petition for certification for appeal from the Appellate Court, 24 Conn. App. 543, is denied.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in support of the petition.

*Dennis F. O'Toole,* assistant public defender, in opposition.

Decided June 12, 1991